**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**SHIRA STALLWORTH**                                                                                      **PLAINTIFF**

**VS.**                                                      **CIVIL ACTION NO. 1:10CV123-HSO-JMR**

**SINGING RIVER HEALTH SYSTEM**                                                       **DEFENDANT**

### FINAL JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment of Defendant Singing River Health System. The Court, after a full review and consideration of the parties' submissions, the relevant pleadings on file, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendant pursuant to FED. R. CIV. P. 56.

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that this Civil Action is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 24th day of June, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE